NOT FOR PUBLICATION

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-CR-01587-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Delfino Lugo Flores | |
| Defendant. | |

Defendant filed a *pro se* Motion to Reduce Sentence Pursuant to Amendment 821 of the United States Sentencing Guidelines. (Doc. 306.) After the Federal Defender reviewed the motion and concluded there was no basis to do so and therefore it would not be filing any substantive memorandum in support (Doc. 308), the government filed a Response (Doc. 312) setting forth in logical and complete fashion why Defendant did not qualify for either of the amendments.  The Court reviewed all filings and the United States Sentencing Guidelines, and specifically Amendment 821 and the comments interpreting it, and concluded that the Federal Defendant and the government had correctly analyzed the issues. It entered an Order succinctly explaining to Defendant why he does not qualify for either the status points amendment or the zero-point offender amendment, and denying the motion (Doc. 315).

Six weeks later, Defendant filed the instant motion, again seeking relief under the exact same provision and, although his new motion is three times longer than the first at 36 pages, he cites the same legal authority and makes the same arguments. (Doc. 320.) The

Court having already explained why his arguments for application of the Amendments are incorrect, as has the government in its Response to the last motion, and so it will not repeat that explanation here.

**IT IS ORDERED** denying the Motion to Reduce Sentence (Doc. 320).

**IT IS FURTHER ORDERED** directing the Clerk of Court to accept no further filings in this matter.

Dated this 17th day of October, 2024.

Honorable John J. Tuchi
United States District Judge

- 2 -